IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITIZENS FOR PENNSYLVANIA'S FUTURE, RALPH HYSONG, ANNA MAY MOORE, ROBERT JONES,**<br><br>Plaintiffs,<br><br>v.<br><br>**FIRSTENERGY GENERATION CORP.,**<br><br>Defendant. | CIVIL ACTION NO. 07-1412<br><br>JUDGE JOY FLOWERS CONTI |

## **ORDER**

The Parties to this proceeding have advised the Court that the allegations of Counts 1-6 of the Complaint have been resolved by Partial Consent Decree and that the United States has no objection to the entry of the Partial Consent Decree. For the reasons set forth in the Joint Motion to Enter Partial Consent Decree, the Court hereby ORDERS:

1. That the Partial Consent Decree is entered as an Order of the Court;

2. That the Complaint in this action be dismissed with prejudice as to Counts 1-6; and

3. That this Court maintains continuing jurisdiction to enforce the terms of the Partial Consent Decree, until such time as it is terminated.

SO ORDERED this  16th  day of  October , 2009.

BY THE COURT

 /s/ Joy Flowers Conti 
Honorable Joy Flowers Conti
United States District Judge